IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
Western Division

| | |
|---|---|
| SCOTTIE O'KEITH BRASFIELD, 1ST, <br><br> Plaintiff, <br><br> v. <br><br> SOCIAL SECURITY and EQUIFAX CREDIT AGENCY <br><br> Defendants. | Case No. _____ |

## NOTICE OF REMOVAL

Defendant, Equifax Information Services LLC ("Equifax"), improperly named in Plaintiff's Complaint as "Equifax Credit Agency", by Counsel, hereby files this Notice of Removal of this action from the Tuscaloosa County Circuit Court, Alabama, wherein it is now pending as Case No. CV-2016-96 to the United States District Court for the Northern District of Alabama. This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1441 and 1446. In support hereof, Defendants show this Court as follows:

1. An action was filed on April 29, 2016 in the Tuscaloosa County Circuit Court, Alabama, entitled *Brasfield v. Social Security, et al.*, Case No. CV-2016-96 (the "State Court Action").

2. Equifax was served with the Complaint on May 29, 2016.

{MB232424.1}

3. This Notice is being filed with this Court within thirty (30) days after Equifax was served with a copy of Plaintiff's initial pleading setting forth the grounds for his action and his claims for relief.

4. This case is properly removable under 28 U.S.C. § 1441(a) and (b) because this United States District Court has original jurisdiction of this case under 28 U.S.C. § 1332(a), which provides, in pertinent part, as follows:

   a. The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and cost, is between --

   (1) Citizens of different states...

5. Plaintiff seeks an amount in excess of the $75,000 jurisdictional requirement. (*See* Complaint, "One Million Dollars. $1,000,000 per case".)

6. Plaintiff, Scottie O'Keith Brasfield 1st, is a resident citizen of Tuscaloosa County, Alabama. (*See* Summons, Caption.)

7. Defendant Equifax, a citizen of Georgia, is organized and existing pursuant to the laws of the State of Georgia with its principal place of business in Georgia.

8. The State Court in which this action was commenced is within this Court's district and division.

9. Promptly after the filing of this Notice of Removal, Equifax shall give

written notice of the removal to Plaintiff and to the Clerk of the Tuscaloosa County Circuit Court, Alabama, as required by 28 U.S.C. § 1446(d).

10. Attached hereto, as Exhibit A, are copies of the state court file.

11. At the time Equifax sent this Removal to be filed, the Tuscaloosa County Clerk's records, via Alacourt, did not show any Return of Service or other proof of service for defendant "Social Security San Diego."

WHEREFORE, Equifax requests that the above-described action be removed to this Court.

Respectfully submitted this 23rd day of June, 2016.

>*/s/ Kirkland E. Reid*
>Kirkland E. Reid (REIDK9451)
>Jones Walker LLP
>11 N. Water Street, Suite 1200
>Mobile, AL 36602
>Tel. (251) 439-7513
>Fax (251) 439-7358
>Email: kreid@joneswalker.com
>Attorney for Equifax Information Services LLC

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following and via U.S. Mail to:

Scottie Brasfield
P.O. Box 71826
Tuscaloosa, AL 35405

Dated:  June 23, 2016.

/s/ *Kirkland E. Reid*
Kirkland E. Reid

# EXHIBIT A

*service*

AVSO350

ALABAMA JUDICIAL DATA CENTER
TUSCALOOSA COUNTY
SUMMONS

CV 2016 000096.00

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY

SCOTTIE O'KEITH BRASFIELD VS SOCIAL SECURITY OF SAN DIEGO & EQUIFAX

SERVE ON: (D002)

SSN:   -   -

EQUIFAX *Credit Agency*
P.O. BOX 740241
ATLANTA     , GA  30374-0000

PLAINTIFF'S ATTORNEY
*** PRO SE ***
P.O. Box 71826
Tuscaloosa, AL 35405

TO THE ABOVE NAMED DEFENDANT:
THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO MAIL OR HAND DELIVER A COPY OF A WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT TO THE PLAINTIFFS ATTORNEY(S) SHOWN ABOVE OR ATTACHED:

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGEMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE CLERK OF THIS COURT.

( )  TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY EITHER RULES 4.1(B)(2) OR 4.2(B)(2) OR 4.4(B)(2) OF THE ALABAMA RULES OF CIVIL PROCEDURE: YOU ARE HEREBY COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE COMPLAINT IN THIS ACTION UPON DEFENDANT.

(✓)  THIS SERVICE BY CERTIFIED MAIL OF THIS SUMMONS IS INITIATED UPON THE WRITTEN REQUEST OF _____ PURSUANT TO RULE 4.1(C) OF THE ALABAMA RULES OF CIVIL PROCEDURE.

DATE: 05/24/2016

CLERK: MAGARIA HAMNER BOBO
*Magaria H. Bobo*
CIRCUIT CLERK
714 GREENSBORO AVE
TUSCALOOSA   AL   35401

RETURN ON SERVICE:

( )  CERTIFIED MAIL RETURN RECEIPT IN THIS OFFICE ON (DATE) _____
     (RETURN RECEIPT HERETO ATTACHED)

( )  I CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE SUMMONS AND
     COMPLAINT TO _____
     IN _____ COUNTY, ALABAMA ON (DATE) _____

DATE _____   SERVER SIGNATURE _____

SERVER ADDRESS _____   TYPE OF PROCESS SERVER _____

OPERATOR: LAA
PREPARED: 05/24/2016

EFX ORIGINAL DOCUMENT 2 05\29\2016 00147101 005 0019

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT – CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number<br>[C][V] [2][0][1][6] [9][6][ ][ ] [ ][ ].[ ][ ]<br>Date of Filing:   Judge Code:<br>[ ][ ] [ ][ ] [ ][ ][ ][ ] [ ][ ][ ][ ][ ][ ]<br>Month    Day    Year |
|---|---|---|

**GENERAL INFORMATION**

IN THE CIRCUIT COURT OF ___TUSCALOOSA___, ALABAMA
(Name of County)

Plaintiff: ___Scottie Okeith Brasfield___ v. Defendant: ___St. of Child Support / Equifax / San Diego Department___

First Plaintiff:  ☐ Business  ■ Individual  ☐ Government  ☐ Other
First Defendant: ☐ Business  ☐ Individual  ☐ Government  ☐ Other

NATURE OF SUIT: Select primary cause of action, by checking box (check only one) that best characterizes your action:

TORTS: PERSONAL INJURY
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ■ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

TORTS: PERSONAL INJURY
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

OTHER CIVIL FILINGS
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

OTHER CIVIL FILINGS (cont'd)
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction/Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ■ COMP - Workers' Compensation
- ■ CVXX - Miscellaneous Circuit Civil Case

*[Stamp: 2016 APR 29 PM 12:45 MAGARIA H. BOBO CIRCUIT COURT TUSCALOOSA COUNTY AL.]*

ORIGIN (check one):  F ☐ INITIAL FILING   A ☐ APPEAL FROM DISTRICT COURT   O ☐ OTHER: _____
R ☐ REMANDED   T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

HAS JURY TRIAL BEEN DEMANDED?  ■ YES  ☐ NO    Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P. for procedure)

RELIEF REQUESTED:  ☐ MONETARY AWARD REQUESTED   ☐ NO MONETARY AWARD REQUESTED

ATTORNEY CODE: [ ][ ][ ][ ][ ][ ]  _____ Date _____   Signature of Attorney/Party filing this form: ___Scotte Okeith Brasfield___

MEDIATION REQUESTED:  ☐ YES  ☐ NO  ☐ UNDECIDED

In the Circuit Court of Tuscaloosa County, Alabama

SCOTTIE OKEITH BRASFIELD 1st

_____
Plaintiff

CV- 2016 - 96

vs.

Social Security

EQUIFAX Credit Agency
_____
Defendant

① 220 WEST BROADWAY
SAN DIEGO California 92101

② P.O. BOX 740241
ATLANTA, GA. 30374   **COMPLAINT**

2016 APR 29 PM 12:15
MAGARIA H. BOBO
CIRCUIT COURT
TUSCALOOSA COUNTY AL.

My name is not being reported Inaccurately, I'm being denied because a child support case is showing in my credit Report. I would like for my name to be cleared in this system. and I would like to recieved money. for any situation in which I am entitled to, as in Indentity theft or fraud.

One million Dollars.
~~$1,000,000. per case~~

Scottie Okeith Brasfield 1st

EFX ORIGINAL DOCUMENT 2 05\29\2016 00147101 005 0021

6.89

**MAGARIA H. BOBO**
CIRCUIT CLERK
TUSCALOOSA COUNTY COURTHOUSE
714 GREENSBORO AVENUE, ROOM 214
TUSCALOOSA, ALABAMA 35401



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

7013 2630 0001 4796 4885

Equifax Credit Agency
P.O. Box 740241
Atlanta, GA 30374



02 1P    $ 006.89⁰
0000875999   MAY 26 2016
MAILED FROM ZIP CODE 35401

3037430241 B001

EFX ORIGINAL DOCUMENT 2 05\29\2016 00147101 005 0022



EFX ORIGINAL DOCUMENT 2 05\29\2016 00147101 005 0022

USPS TRACKING #

9590 9402 1528 5362 5400 85

United States
Postal Service

• Sender: Please print your name, address and ZIP+4® in this box•

MAGARIA H. BOBO
CIRCUIT CLERK
714 GREENSBORO AVE, ROOM 214
TUSCALOOSA, AL 35401

CV-16-96   MBA Summons

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

CV-16-96   MBA   Summons

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: D2

Equifax Credit Agency
P.O. Box 740241
Atlanta, GA 30374



9590 9402 1528 5362 5400 85

2. Article Number (Transfer from service label)

7013 2630 0001 4796 4885

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X

B. Received by (Printed Name)

C. Date of Delivery

☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

N~                  *Original*

```
AVSO350                    ALABAMA JUDICIAL DATA CENTER
                              TUSCALOOSA    COUNTY
                                    SUMMONS                           MBA
                                                             CV 2016 000096.00
------------------------------------------------------------------------------
                IN THE   CIRCUIT COURT OF TUSCALOOSA        COUNTY
  SCOTTIE O'KEITH BRASFIELD VS SOCIAL SECURITY OF SAN DIEGO & EQUIFAX
       SERVE ON: (D002)
       SSN:     -    -                     PLAINTIFF'S ATTORNEY
       EQUIFAX  Credit Agency              *** PRO SE ***
       P.O. BOX 740241                     P.O. Box 71826
       ATLANTA         ,GA  30374-0000     Tuscaloosa, AL 35405
------------------------------------------------------------------------------
  TO THE ABOVE NAMED DEFENDANT:
   THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST
   TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE
   REQUIRED TO MAIL OR HAND DELIVER A COPY OF A WRITTEN ANSWER, EITHER
   ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT TO THE PLAINTIFFS
   ATTORNEY(S) SHOWN ABOVE OR ATTACHED:

   THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS
   AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGEMENT BY DEFAULT MAY BE
   ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
   YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE CLERK OF THIS COURT.
------------------------------------------------------------------------------
          TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY EITHER RULES 4.1(B)(2) OR
          4.2(B)(2) OR 4.4(B)(2) OF THE ALABAMA RULES OF CIVIL PROCEDURE:
          YOU ARE HEREBY COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE
          COMPLAINT IN THIS ACTION UPON DEFENDANT.
   (✓)    THIS SERVICE BY CERTIFIED MAIL OF THIS SUMMONS IS INITIATED UPON THE
          WRITTEN REQUEST OF                            PURSUANT TO RULE 4.1(C)
          OF THE ALABAMA RULES OF CIVIL PROCEDURE.
                                                    Magaria H. Bobo
          DATE: 05/24/2016                 CLERK: MAGARIA HAMNER BOBO
                                                  CIRCUIT CLERK
                                                  714 GREENSBORO AVE
                                                  TUSCALOOSA   AL   35401
------------------------------------------------------------------------------
          RETURN ON SERVICE:
          ( )  CERTIFIED MAIL RET[URN]
               (RETURN RECEIPT HE[RE])
          ( )  I CERTIFY THAT I P[ERSONALLY DELIVERED A COPY OF THE] SUMMONS AND
               COMPLAINT TO
               IN
          DATE
          SERVER ADDRESS                                              ER
------------------------------------------------------------------------------
  OPERATOR: LAA
  PREPARED: 05/24/2016
```

U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®
OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.89 |

CN-16-96
MBA Postmark Here
Summons
D2

Sent To: Equifax Credit Agency
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, August 2006     See Reverse for Instructions

7013 2630 4796 4885

M  original

AVSO350

ALABAMA JUDICIAL DATA CENTER
TUSCALOOSA COUNTY
SUMMONS

MBA
CV 2016 000096.00

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY

SCOTTIE O'KEITH BRASFIELD VS SOCIAL SECURITY OF SAN DIEGO & EQUIFAX

SERVE ON: (D001)

SSN: - -

SOCIAL SECURITY OF SAN DIEGO
220 WEST BROADWAY

SAN DIEGO      ,CA   92101-0000

PLAINTIFF'S ATTORNEY

*** PRO SE ***
P.O. BOX 71826
Tuscaloosa, AL 35405

TO THE ABOVE NAMED DEFENDANT:

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO MAIL OR HAND DELIVER A COPY OF A WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT TO THE PLAINTIFFS ATTORNEY(S) SHOWN ABOVE OR ATTACHED:

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGEMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE CLERK OF THIS COURT.

( ) TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY EITHER RULES 4.1(B)(2) OR 4.2(B)(2) OR 4.4(B)(2) OF THE ALABAMA RULES OF CIVIL PROCEDURE: YOU ARE HEREBY COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE COMPLAINT IN THIS ACTION UPON DEFENDANT.

(✓) THIS SERVICE BY CERTIFIED MAIL OF THIS SUMMONS IS INITIATED UPON THE WRITTEN REQUEST OF _____ PURSUANT TO RULE 4.1(C) OF THE ALABAMA RULES OF CIVIL PROCEDURE.

Magaria H. Bobo

DATE: 05/24/2016

CLERK: MAGARIA HAMNER BOBO
CIRCUIT CLERK
714 GREENSBORO AVE
TUSCALOOSA   AL   35401

RETURN ON SERVICE:
( ) CERTIFIED MAIL RE...
    (RETURN RECEIPT H...
( ) I CERTIFY THAT I ...
    COMPLAINT TO ____
    IN ____
DATE ____
SERVER ADDRESS ____

OPERATOR: LAA
PREPARED: 05/24/2016

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees  $ 6.89

Sent To  Social Security of San Diego
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, August 2006    See Reverse for Instructions

CV-16-96
MBA Postmark Here
SUMMONS
D1

SUMMONS AND ____
VER